UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YAYA JALLOW,

                      Plaintiff,

          -against-

CITY OF NEW YORK,

                      Defendant.

20-CV-8629 (LLS)

CIVIL JUDGMENT

Pursuant to the order issued May 6, 2021, dismissing this action,

IT IS ORDERED, ADJUDGED, AND DECREED that this action is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

Plaintiff has consented to electronic service. (ECF 3.)

SO ORDERED.

Dated:   May 6, 2021
          New York, New York

                                                          Louis L. Stanton
                                                          U.S.D.J.